215 U.S. 595
 30 S.Ct. 410
 54 L.Ed. 341
 UNITED STATES
v.
TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS et al.
 No. 597.
 Supreme Court of the United States
 January 31, 1910
 
 The Attorney General and the Solicitor General for the United States.
 No appearance for the Terminal R. R. Association et al.
 
 Per Curiam:
 
 
 
 1
 Certificate dismissed on the authority of Baltimore & O. R. Co. v. Interstate Commerce Commission, 215 U. S. 216, 54 L. Ed. , 30 Sup. Ct. Rep. 86.